Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION FILE NO. |
| Plaintiff, | : : | **6:26-cv-19** |
| v. | : : | CLASS ACTION COMPLAINT TCPA (47 U.S.C. § 227) |
| ANYTIME FITNESS FRANCHISOR, LLC d/b/a ANYTIME FITNESS and ANYTIME FITNESS SPRINGFIELD | : : : | DEMAND FOR JURY TRIAL |
| Defendants. | : | |

/

**<u>NOTICE OF DISMISSAL</u>**

Plaintiff Chet Wilson, by his undersigned counsel, hereby voluntarily dismisses this action, with prejudice, as to Defendants, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE. The putative Class claims are dismissed without prejudice.

RESPECTFULLY SUBMITTED AND DATED this May 7, 2026.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

1

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: May 7, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

2